IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY CLARK,

           Plaintiff,

v.

           Case No. 14-cv-377

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

           Defendant.

## ORDER GRANTING JOINT MOTION TO REMAND UNDER SENTENCE FOUR

This matter is before the Court on the parties' joint motion for an order remanding this case for further proceedings. The Court, being advised in the premises, GRANTS the joint motion and REMANDS this case under sentence four of 42 U.S.C. § 405(g).

On remand, an administrative law judge will:

(1) provide Clark with an opportunity to update the record and for a hearing;

(2) further address the diagnosis of borderline intellectual functioning;

(3) further evaluate the medical source statement by physician's assistant Gloria Nachreiner (Tr. 492-93; Exhibit 15F), including Ms. Nachreiner's statement that Clark would require frequent bathroom breaks due to chronic diarrhea;

(4) address any moderate limitations in concentration, persistence, or pace in any hypothetical question in a manner consistent with *O'Connor-Spinner v. Astrue*, 627 F.3d 614 (7th Cir. 2010); and

(5) issue a new decision.

It is so ordered.

Dated: December 11, 2014

HON. JAMES D. PETERSON
United States District Judge