IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY CLARK,

        Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 14-cv-377-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Timothy Clark remanding this case to the Commissioner of Social Security for further proceedings under sentence four of 42 U.S.C. § 405(g).


      s/ A. Wiseman, Deputy Clerk          December 11, 2014
      Peter Oppeneer, Clerk of Court                Date