IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY CLARK,

                Plaintiff,

                                      Case No. 14-cv-377

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

                Defendant.

**ORDER GRANTING AGREED MOTION FOR AWARD OF ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

This matter is before the Court based on the parties' agreed motion for an award of attorney fees and expenses in the sum of $4,800 and costs in the amount of $0 in full satisfaction and settlement of any and all claims Plaintiff may have in this matter pursuant to the Equal Access to Justice Act in the above case. The parties' agreed motion is **GRANTED**.

The award will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412, that may be payable for counsel's work before the Court in this case. Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 177 L. Ed. 2d 91 (2010).

If counsel for the Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant will direct that the award be made payable to counsel pursuant to the valid EAJA assignment duly signed by Plaintiff.

Dated: _MARCH 30_, 2015

*James D. Peterson*
JAMES D. PETERSON

Hon. ~~Barbara B. Crabb~~
United States District Judge