IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIMOTHY CLARK,

        Plaintiff,                       JUDGMENT IN A CIVIL CASE

    v.                                    Case No. 14-cv-377-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Timothy Clark attorney fees and expenses in the amount of $4,800 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


        _____s/ A. Wiseman, Deputy Clerk_____        _____March 31, 2015_____
                 Peter Oppeneer, Clerk of Court                          Date